UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON V. HILL, <br>           Plaintiff, <br> v. <br> S. PATTERSON, et al., <br>           Defendants. | Case No. 22-cv-03927-YGR (PR) <br><br> **ORDER OF TRANSFER** |

Plaintiff, a civil detainee, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 and a completed application for *in forma pauperis* status. The acts complained of occurred at California State Prison-Sacramento, which is located in the Eastern District of California, and it appears that defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith. All pending motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: July 26, 2022

                                                           JUDGE YVONNE GONZALEZ ROGERS <br>
                                                         United States District Judge