UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL, | No. 2:22-cv-01328-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| S. PATTERSON, et al., | |
| Defendants. | |

Plaintiff, a civil detainee proceeding *pro se*, has filed a motion to reconsider the September 20, 2022 Order denying his motions to proceed in forma pauperis. (ECF No. 11.)

Local Rule 230(j) requires that a motion for reconsideration state "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion; and . . . why the facts or circumstances were not shown at the time of the prior motion." L.R. 230(j)(3)–(4). Plaintiff's motion for reconsideration does not present any new or different facts or circumstances.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration (ECF No. 11) is DENIED.

**DATED: October 14, 2022**

Troy L. Nunley
United States District Judge